# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| FELICIANO GALLEGOS, | Case No. 1:15-cv-01397 DLB PC |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT |
| v. | (Document 5) |
| STAINER, et al., | |
| Defendants. | |

Plaintiff Feliciano Gallegos ("Plaintiff") is a state prisoner in the custody of CDCR. Plaintiff, proceeding pro se and in forma pauperis, filed this civil rights action on September 15, 2015. The complaint is awaiting screening.

On October 13, 2015, Plaintiff filed a motion to amend the complaint. At this stage in the proceedings, Plaintiff has the right to amend once as a matter of course. Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's motion to amend is HEREBY DENIED as moot, and Plaintiff may file his amended complaint without leave of court.

IT IS SO ORDERED.

Dated:   **October 15, 2015**                    /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE

1