# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIANO GALLEGOS,<br><br>                Plaintiff,<br><br>        v.<br><br>STAINER, et al.,<br><br>                Defendants.<br>_____ / | Case No. 1:15-cv-01397 DLB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT<br><br>(Document 16) |

  Plaintiff Feliciano Gallegos ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on September 15, 2015.

  On May 11, 2016, the Court screened Plaintiff's Second Amended Complaint and dismissed it with leave to amend.  The time for filing an amended complaint has not yet passed.

  On May 16, 2016, Plaintiff filed a motion to amend to add "remaining defendants."  ECF No. 16, at 1.  Plaintiff signed his motion on May 11, 2016, and it appears that he sent the motion prior to receiving the Court's May 11, 2016, screening order permitting an amendment. Accordingly, his motion is DENIED AS MOOT.

IT IS SO ORDERED.

  Dated:   **May 17, 2016**              /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE